-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

YOLANDA ESTELLE GREEN,

        Plaintiff,

        -v-

CONSUMER CREDIT COUNSELING
SERVICES OF ROCHESTER; LISA
HOCHLANDER, DIRECTOR OF COUNSELING;
JASON TRACY, CHIEF EXECUTIVE OFFICER;
MICHAEL RILEY, DIRECTOR OF STAFF and
STACI, STAFF;

        Defendants.
_____

DECISION and ORDER
14-CV-6315CJS(P)

      Plaintiff has requested appointment of counsel (Docket No. 3). There is no constitutional right to appointed counsel in civil cases. Under 28 U.S.C. § 1915(e), the Court may appoint counsel to assist indigent litigants. *See, e.g.*, *Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2d Cir.1988). Plaintiff was denied permission to proceed as a poor person because she was not indigent. The application for appointment of counsel is, therefore, denied.

      SO ORDERED.

DATED:    Rochester, New York
             October 29, 2014

                                       *s/Marian W. Payson*
                                        MARIAN W. PAYSON
                                 United States Magistrate Judge